No. 94–7594. BLAMEUSER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–7596. JOHNSTON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 94–7597. AYERS v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–7608. LUTON v. GRANDISON, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–7615. MCGUIRE v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–7616. DIAZ v. MCCLELLAN, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 94–7617. GUMPL v. WILKINSON ET AL. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 94–7640. VEY v. COLVILLE ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–7700. KEYS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7722. HARRIS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 94–7740. RISHOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7741. SCOTT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–7757. QUINTERO v. UNITED STATES;
No. 94–7787. RODRIGUEZ v. UNITED STATES; and
No. 94–7848. GONZALEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7758. CUNNINGHAM v. RUBIN, SECRETARY OF THE TREASURY, ET AL. C. A. 11th Cir. Certiorari denied.